Comptroller of the Currency. *Mr. C. I. Carey* for the City of Miami.

No. 41. BOARD OF SUPERVISORS OF HARRISON COUNTY ET AL. *v.* BOARD OF SUPERVISORS OF POTTAWATTAMIE COUNTY ET AL. Argued November 9, 1933. Decided November 13, 1933. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Boston & Maine R. Co.* v. *Armburg*, 285 U.S. 234, 240; *O'Gorman & Young* v. *Hartford Ins. Co.*, 282 U.S. 251, 257, 258; *Hardware Dealers Mutual Fire Ins. Co.* v. *Glidden Co.*, 284 U.S. 151, 158; *Lawrence* v. *State Tax Comm'n*, 286 U.S. 276, 283. *Messrs. Ellsworth C. Alvord* and *Harry L. Robertson* for appellants. *Mr. George S. Wright* for appellees.

No. 525. AMERICAN BASEBALL CLUB OF PHILADELPHIA ET AL. *v.* PHILADELPHIA ET AL. Jurisdictional statement submitted November 4, 1933. Decided November 13, 1933. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. (1) *Ex parte Poresky*, ante, p. 30; *Levering & Garrigues Co.* v. *Morrin*, 289 U.S. 103, 105; *Equitable Life Assurance Society* v. *Brown*, 187 U. S. 308, 311; *Pennsylvania Hospital* v. *Philadelphia*, 245 U.S. 20, 24; *Roe* v. *Kansas*, 278 U.S. 191. (2) *Patsone* v. *Pennsylvania*, 232 U.S. 138, 144; *Silver* v. *Silver*, 280 U.S. 117, 123; *Sproles* v. *Binford*, 286 U.S. 374, 396. (3) *United States* v. *Grimaud*, 220 U.S. 506, 516, 518; *United States* v. *Chemical Foundation*, 272 U.S. 1, 11, 12; *Hampton & Co.* v. *United States*, 276 U.S. 394, 406, 407. *Mr. John B. Gest* for appellants. *Messrs. Thos. B. K. Ringe* and *Ernest Lowengrund* for appellees.